IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01108-REB-MEH

RICHARD M. HUNTER,

    Plaintiff,

v.

GOVERNMENT SUPPORT SERVICES, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2008.**

    The Stipulated Motion for Entry of Protective Order [filed July 17, 2008; docket #6] is **granted**. The Stipulated Protective Order is filed contemporaneously with this minute order.